UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMINA KOLAJ,

                    Petitioner,                          26 Civ. 4017 (JHR)

          -v.-                                           ORDER

KENNETH GENALO et al.,

                    Respondents.

JENNIFER H. REARDEN, District Judge:

On May 14, 2026, Petitioner Romina Kolaj filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  *See* ECF No. 1.  The parties shall appear for a conference on **May 15, 2026** at **2:15 p.m.**  The conference will take place by telephone.  The Court will provide dial-in information in a separate order prior to the conference.

By **May 15, 2026** at **12:00 p.m.**, counsel for Petitioner shall file a letter: (1) clarifying whether Petitioner was in the Southern District of New York at the time that the Petition was filed, *see* ECF No. 1, ¶ 34 ("Petitioner Romina Kolaj . . . currently resides in the Bronx, New York.");[1] (2) stating the conditions of Petitioner's "release[] . . . on her own recognizance," *see* ECF No. 1 ¶ 21; (3) stating the outcome of Petitioner's credible fear interview, currently scheduled for May 15, 2026 at 7:00 a.m.; (4) explaining the basis for subject matter jurisdiction in this case; and (5) addressing whether Petitioner is aware of any court granting the relief that she seeks.

Also by **May 15, 2026** at **12:00 p.m.**, counsel for Respondents shall file a letter: (1) addressing whether the Court has jurisdiction to hear Petitioner's claims; and (2) attaching any documents related to Petitioner's immigration proceedings that are relevant to the Petition.

All counsel are required to register promptly as filing users on ECF.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.**  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

If this case has settled or otherwise been terminated, counsel are not required to file the aforementioned letters or appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the conference, using the

---

[1] If Petitioner believes that she was *not* in the Southern District of New York at the time the Petition was filed, then the parties should confer and Petitioner should state in her letter whether the Court should order immediate transfer to the District in which Petitioner was located at the time of filing.  *See, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025).

appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**No later than 11:00 p.m. today, May 14, 2026, Petitioner's counsel shall (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail to the United States Attorney's Office for the Southern District of New York at Jeffrey.Oestericher@usdoj.gov and by overnight mail and (2) promptly file proof of such service on the docket.**  Counsel for Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated: May 14, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2