Law Offices of Edward Cuccia

EDWARD J. CUCCIA, ESQ.
YUYING ZHU, ESQ.
WILFREDO SUAREZ, ESQ.
NICHOLAS PAGLIARA, ESQ.

June 3, 2026

Application GRANTED. By **June 12, 2026** at **5:00 p.m.**, counsel for Petitioner shall file a letter stating the outcome of Petitioner's credible fear interview. If Petitioner's credible fear interview is rescheduled, counsel for Petitioner shall file a letter informing the Court of the new date forthwith.

SO ORDERED.
Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: June 8, 2026

To:
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *Kolaj v. Genalo, et. al.* No. 1:26-cv-4017-JHR

LETTER RESPONSE TO ORDER

Dear Honorable Jennifer H. Rearden,

The Law Offices of Edward J. Cuccia represent Petitioner Romina Kolaj in her Petition for Writ of Habeas Corpus (26-cv-4017) before this Court. This letter is submitted in response to the Order received from Honorable Jennifer H. Rearden on June 2, 2026 at 4:58 PM. *See* Dkt. 16.

Petitioner's credible fear interview was rescheduled to June 12, 2026 at 7:00 AM.

Petitioner stated in the Joint Letter Request for Extension and Adjournment filed on May 15, 2026 that Petitioner's credible fear interview was rescheduled "to a date on or about May 28, 2026" because an ICE agent orally stated this to Petitioner on May 15, 2026. *See* Dkt. 7. Respondents cited the Joint Letter when stating the credible fear interview "was rescheduled to May 28, 2026." *See* Dkt. 15.

Petitioner apologizes for any confusion this may have caused and respectfully requests the opportunity to file a letter stating the outcome of Petitioner's credible fear interview on June 12, 2026.

Petitioner thanks the Court for its attention and consideration of this matter.

Respectfully submitted,

/s/ Edward J. Cuccia

Edward J. Cuccia, Esq.
Edward Cuccia PC
195 Centre Street, 2nd Floor
New York, NY 10013