Law Offices of
Edward Cuccia

EDWARD J. CUCCIA, ESQ.
YUYING ZHU, ESQ.
WILFREDO SUAREZ, ESQ.
NICHOLAS PAGLIARA, ESQ.

June 12, 2026

To:
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED (p. 2)**

RE: *Kolaj v. Genalo, et. al.* No. 1:26-cv-4017-JHR

LETTER RESPONSE TO ORDER

Dear Honorable Jennifer H. Rearden,

The Law Offices of Edward J. Cuccia represent Petitioner Romina Kolaj in her Petition for Writ of Habeas Corpus (26-cv-4017) before this Court. This letter is submitted in response to the Order received from Honorable Jennifer H. Rearden on June 8, 2026 at 3:52 PM. *See* Dkt. 18.

Petitioner attended her Credible Fear Interview today, June 12, 2026, with an asylum officer. The asylum officer appeared telephonically. After a five-hour interview, the asylum officer found that Petitioner did not establish a credible fear of persecution. Petitioner was ordered removed from the United States. *See* Exhibit ("Ex.") A.

Petitioner requested for an Immigration Judge to review the decision of the asylum officer. Petitioner was scheduled for review in front of an Immigration Judge on Monday, June 15, 2026 at 10:30 AM at 26 Federal Plaza, 12th Floor, Room 1237, New York, NY 10278. *See* Ex. B. This date is tentative and may be changed.

Petitioner was not detained by ICE following the negative credible fear determination. Petitioner was given a Call-In Letter to report to ICE on July 1, 2026. *See* Ex. C.

Petitioner thanks the Court for its attention and consideration of this matter.

Respectfully submitted,

/s/ Edward J. Cuccia

Edward J. Cuccia, Esq.
Edward Cuccia PC
195 Centre Street, 2nd Floor
New York, NY 10013

By **June 15, 2026** at **8:00 p.m.**, counsel for Petitioner shall file a letter stating the outcome of Petitioner's June 15, 2026 hearing before an Immigration Judge. If Petitioner's hearing is rescheduled or Petitioner is detained, counsel for Petitioner shall file a letter informing the Court forthwith.

SO ORDERED.

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.
Dated: June 12, 2026